# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

1:06-CV-932

February 8, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

**U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 1 2 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY**

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule A of Order)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Enclosures/Attachment

cc: Transferee Judge: Judge Eldon E. Fallon
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 29A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 8 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

BEFORE WM. TERRELL HODGES,* CHAIRMAN, D. LOWELL JENSEN,* J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in most actions and the health care provider defendants in the two Oklahoma actions to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Defendant Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Motions to remand to state court can be presented to and decided by the transferee judge. See, e.g., In re Ivy, 901 F.2d 7 (2d Cir. 1990); In re Prudential Insurance Company of America Sales Practices Litigation, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed by the Panel in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims relating to Vioxx. See In re Vioxx Products Liability Litigation, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

Some plaintiffs and the opposing health care provider defendants argue that the presence of individual and/or local questions of fact as well as differing legal theories should militate against inclusion of these actions in MDL-1657 proceedings. We are unpersuaded by these arguments. Transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, In re Joseph F. Smith Patent Litigation, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to

---

* Judges Hodges, Jensen and Motz took no part in the decision of this matter.

the just and expeditious resolution of all actions to the overall benefit of the parties. The MDL-1657 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation. In any event, we leave the extent and manner of coordination or consolidation of these actions to the discretion of the transferee court. *In re Mutual Funds Investment Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. But we are unwilling, on the basis of the record before us, to make such a determination at this time. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38. We are confident in the transferee judge's ability to streamline pretrial proceedings in these actions, while concomitantly directing the appropriate resolution of all claims.

Some *pro se* plaintiffs argue that they will be unable to pursue their claims in MDL-1657. Judge Fallon has, however, emphasized the obligation of the court and counsel to assist *pro se* plaintiffs in their participation in MDL-1657 proceedings. If discovery sought by a particular plaintiff is deemed to be outside the scope of MDL-1657's common discovery, this plaintiff's discovery can nevertheless be pursued concurrently within the MDL-1657 framework.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

/s/ Robert L. Miller, Jr.

Robert L. Miller, Jr.
Acting Chairman

## SCHEDULE A

### MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

#### Eastern District of California

*Gladys Herring, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1826
*Ruth Beatty v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1845
*Mary Grove v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1941
*Donna Moret v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1954
*Maximo Rivera v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1957
*Linda Chamberlain v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1973
*Kap Sook Choi v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1977
*Witold Kolankowski v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1978
*Freeman Herring v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2079
*Emma Miguel v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2215

#### Northern District of California

*Jeffrey Kaufman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-4921
*William C. Mullins v. Merck & Co., Inc., et al.*, C.A. No. 3:06-5534

#### Southern District of California

*Earl Alger v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1888
*Douglas Diaz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1889
*Raylene Diaz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1890
*Diane Dumas v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1891
*Judy Joseph v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1892
*Debra Robles v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1893
*Berit Nytzen v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1894
*Annette Williams v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1896
*Jayn Fields v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1897
*Brenda Eldridge v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1898
*William Eldridge v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1899
*David Fields v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1900
*Diane Cross v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1901
*Valada Embry v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1903

- A2 -

## MDL-1657 Schedule A (Continued)

### Southern District of California (Continued)

*Wanda Alger v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1904
*David Young, Sr. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1905
*George Dumas v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1906
*Carol Demasters v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1907
*Helen Eads v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1908
*Irma Young v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1909
*Evelyn Mazzone v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1951
*Jacqueline Battle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1953
*Robert Battle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1954
*James Mazzone v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1955
*Norwood Blatchford v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1956
*Margaret Choate v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1957
*Rosa Blatchford v. Merck & Co., et al.*, C.A. No. 3:06-1958
*Horst Baranasch v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1959
*Carol J. Heck v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1960
*Esperanza Juarez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1961
*Jesus Beato v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1962
*Alice Farmer v. Merck & Co, Inc., et al.*, C.A. No. 3:06-1963
*Susanne Barabasch v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1964
*Nina Pope v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1966
*Carmen Ramirez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1967
*Nancy Furman v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1968
*Jean Brooker v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1969
*Stephen Choate v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1970
*Glenna Settle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1971
*Frederick Settle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1972
*Richard Brooker v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1973
*Alicia Beato v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1981
*Joel Christenson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1982
*Tina Diamond v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1983
*Loren Diamond v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1984
*Edward Gnau v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1985
*Srvilla Harris v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1986
*Victoria Kassab v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1987

**MDL-1657 Schedule A (Continued)**

<u>Southern District of California</u> (Continued)

*William Kay v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1988
*Hank Martinex v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1989
*Simena Woo v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1990
*Priscilla Wilson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1991
*Bobby Wilson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1992
*Leslie Weldy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1993
*Mary Stromberg v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1994
*Leona St. Onge v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1995
*Eloisa Santillan v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1996
*Betty Michal v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1997
*Minh Tam Nguyen v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1998
*Lou Ella Holmes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1999
*Betty Jo Kay v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2000
*Dearled Knotts v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2001
*Joanne Westover v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2003
*Stanley Westover v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2004
*Sharon Leezy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2005
*Carl Danek v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2006
*Lorraine Suder v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2007
*Mariane Power v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2008
*Louis Roah v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2009
*Dorothy Scott v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2010
*James Leezy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2011
*Angela Tourajigian v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2012
*Arnold Suder v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2013
*Jean Roah v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2014
*Charles Murphy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2015
*Carlos Baylon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2016
*Debbie Clines v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2017
*Juan Leanos v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2018
*Michelle Bell v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2019
*Robert Brown v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2020
*Josephine Baylon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2021
*Kim Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2032

- A4 -

**MDL-1657 Schedule A (Continued)**

<u>Southern District of California</u> (Continued)

*Judith Schuff v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2033
*Jeff Goldberg v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2034
*Larry Dawes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2035
*Phyllis Cruz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2036
*Jose Cruz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2037
*David J. Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2038
*Martha Brault v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2039
*Inez Goldenberg v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2040
*Evelyn Green v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2041
*Anita Kincade v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2042
*Catherine Janes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2043
*Alfred Brault v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2044
*Harold James v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2045
*Egon Ohlendorf v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2046
*Robert Gans v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2047
*Nancy Jackson-Dawes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2048
*Frances Gans v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2049
*Denise Radovan-Alfonso v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2115
*Francisco Silva v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2116
*Maria Santiago v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2117
*James Rhodes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2118
*Mark Williams v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2119
*Vickie Brendel v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2120
*Perseveranda Smith v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2121
*Fred Black, Sr. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2122
*Jean Cardinal-McQuery v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2123
*Bella Jacobs v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2124
*Larry Valenti v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2125
*Patricia Martinez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2126
*Patricia May Hilliard v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2127
*Jan Schmidt v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2128
*Steven Hampton v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2129
*Jean McNeese v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2130
*Dale Lloyd v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2131

- A5 -

## MDL-1657 Schedule A (Continued)

### Southern District of California (Continued)

*Augustin Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2132
*Kenneth Lowry v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2133
*Donna Hall v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2134
*Jacqueline Lowry v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2135
*Dolores Lloyd v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2136
*Brian Coit v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2137
*Juan Silva v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2138
*Frances Bushong v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2139
*Maria Osuna v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2152
*Thomas Perfetto v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2153
*Randy Valentine v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2154
*Andres De Casas v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2155
*Anna Combite v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2156
*S. Anne Hamilton v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2157
*Aloysius Kremer v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2158
*Winifred Morris v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2159
*Darnell Hudson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2160
*Viola Kremer v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2161
*Marietta Orpilla v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2163
*Joyce Perfetto v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2164
*Amineh Younis v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2165
*Ahmad Younis v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2166
*Michelle McMahon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2259
*Darren McMahon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2260

### Middle District of Florida

*Louise M. Griffin, etc. v. Merck & Co., Inc., et al.*, C.A. No. 8:06-1806

### District of Hawaii

*John R. McClelland, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-543

- A6 -

## MDL-1657 Schedule A (Continued)

### Western District of Kentucky

*Cynthia Chesser, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-521

### Northern District of Mississippi

*Michael A. Collier v. Merck & Co., Inc., et al.*, C.A. No. 1:06-265

### Eastern District of Missouri

*Stephen D. Murch v. Merck & Co., Inc., et al.*, C.A. No. 4:06-1157
*Forrest Lincoln, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-1372

### District of Nevada

*Albertine Avant, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1313
*Buddy Batiz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1317
*Don Chapman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1319
*Norma Coon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1320
*Ralph Cox, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1323

### Northern District of New York

*Dennis Richard Harrison v. Merck & Co., Inc.*, C.A. No. 1:06-932

### Southern District of New York

*Elena Strujan v. Merck & Co., Inc.*, C.A. No. 1:06-7745

### Eastern District of North Carolina

*Eugene Seals, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-115

### Northern District of Oklahoma

*Wanda Ferrell, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-561

- A7 -

## MDL-1657 Schedule A (Continued)

<u>Western District of Oklahoma</u>

*Stella Claypool v. Merck & Co., Inc., et al.*, C.A. No. 5:06-1030

<u>Eastern District of Texas</u>

*Elton White, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-638

<u>Northern District of Texas</u>

*Rose Fogiel v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1748

<u>Southern District of Texas</u>

*Dominga R. Castro v. Merck & Co., Inc., et al.*, C.A. No. 1:06-150
*Patricia Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-151
*Olivia Robinson v. Merck & Co., Inc., et al.*, C.A. No. 1:06-152
*Gwendolyn Ann Herron, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-163
*Blanca D. Jimenez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-165
*Veronica Zamora v. Merck & Co., Inc., et al.*, C.A. No. 1:06-171
*Ben Longoria v. Merck & Co., Inc., et al.*, C.A. No. 1:06-174
*Celia M. Sanchez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-175
*Delia Cantu, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-404
*Lucia Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 2:06-424
*Minerva H. Rosas v. Merck & Co., Inc., et al.*, C.A. No. 2:06-427
*Alison Nettles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3191
*Edward M. Steele v. Merck & Co., Inc., et al.*, C.A. No. 5:06-147
*Noemi Guzman Mata v. Merck & Co., Inc., et al.*, C.A. No. 7:06-253
*Maria Dolores Herrera, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-255
*Estela Guerra, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-261
*Cristina Hernandez Mendoza v. Merck & Co., Inc., et al.*, C.A. No. 7:06-262
*Hortencia Rosalez v. Amerisource, Inc., et al.*, C.A. No. 7:06-269
*Maria Gonzalez de Ramirez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-278
*Martha B. Torres v. Merck & Co., Inc., et al.*, C.A. No. 7:06-279

## MDL-1657 Schedule A (Continued)

### Southern District of Texas (Continued)

*Petra Ybarra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-288
*Luis Cantu v. Merck & Co., Inc., et al.*, C.A. No. 7:06-289
*Emma Cuellar v. Merck & Co., Inc., et al.*, C.A. No. 7:06-295
*Maria C. Cardenas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-296
*Gloria Mascorro v. Merck & Co., Inc., et al.*, C.A. No. 7:06-297
*Maria Gloria Ybarra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-308
*Aida Vasquez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-311
*Irma Solis v. Merck & Co., Inc., et al.*, C.A. No. 7:06-312
*Francisca Villarreal v. Merck & Co., Inc., et al.*, C.A. No. 7:06-315
*Elma Martinez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-316
*Elvira Serna v. Merck & Co., Inc., et al.*, C.A. No. 7:06-317

### Western District of Texas

*Ronnie D. Fox, etc. v. Merck & Co., Inc.*, C.A. No. 1:06-748
*Barbara J. Baxter v. Merck & Co., Inc., et al.*, C.A. No. 1:06-749
*Katherine Arney, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-771
*Eddie Roy Tealer v. Merck & Co., Inc., et al.*, C.A. No. 1:06-772
*Ramona Wright v. Merck & Co., Inc., et al.*, C.A. No. 1:06-779
*Jesus Avila v. Merck & Co., Inc.*, C.A. No. 1:06-786
*Ina M. Teller v. Merck & Co., Inc., et al.*, C.A. No. 1:06-804
*Jonna Murchison v. Merck & Co., Inc., et al.*, C.A. No. 1:06-805
*Brian G. Thompson v. Merck & Co., Inc., et al.*, C.A. No. 1:06-806
*Juanita Phillips v. Merck & Co., Inc., et al.*, C.A. No. 1:06-827
*James Townsley v. Merck & Co., Inc., et al.*, C.A. No. 1:06-849
*Richard Rodriguez, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-785

# INVOLVED COUNSEL LIST
## DOCKET NO. 1657
## IN VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Lindsey E. Albers
Barkley Law Firm
401 South Boston Avenue
Suite 2700
Tulsa, OK 74103

Douglas A. Allison
Law Offices of Douglas A. Allison
500 North Water Street
South Tower, Suite 1200
Corpus Christi, TX 78471

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Erik T. Atkisson
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Denise A. Barton
Morris, Pickering & Peterson
300 South Fourth Street
Suite 900
Las Vegas, NV 89101

Dana A. Blanton
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Carole Bosch
Hersh & Hersh
2080 Opera Plz
601 Van Ness Ave
San Francisco, CA 94102-6388

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Donald K. Brown, Jr.
O'Bryan, Brown & Toner, PLLC
1500 Starks Building
455 South Fourth Street
Louisville, KY 40202-2513

Michael K. Brown
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Sarah E. Buchan
Best & Sharp
100 W. 5th Street
Suite 808
Tulsa, OK 74103-4225

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Mark P. Chalos
Lieff, Cabraser, Heimann & Bernstein
One Nashville Place
150 4th Avenue North
Suite 1650
Nashville, TN 37219

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017-2550

Robert W. Cottle
Mainor Eglet Cottle, LLP
400 South Fourth Street
Suite 600
Las Vegas, NV 89101

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

Stephanie C. Edgar
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Amy Eskin
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102

Todd R. Falzone
Searcy, Denney, Scarola, Barnhart & Shipley
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409

Lowell W. Finson
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Stephen R. Foster
Arnold & Itkin, LLP
5 Houston Center
1401 McKinney Street
Suite 2550
Houston, TX 77010

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

Stephen M. Gracey
Frost, Brown & Todd, L.L.C.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182

Anne E. Grigg
Fulbright & Jaworski, L.L.P.
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

Kevin Michael Hara
Reed Smith LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Stuart B. Harmon
Page, Kruger & Holland, P.A.
P. O. Box 1163
Jackson, MS 39215-1163

Dennis Richard Harrison
6a Short Street
Cementon, NY 12414-6913

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Robert D. Hoisington
Foliart, Huff, Ottaway & Bottom
The Bank of Oklahoma Plaza
12th Floor
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

Glen D. Huff
Foliart, Huff, Ottaway & Bottom
The Bank of Oklahoma Plaza
12th Floor
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

Bryce Johnson
Bryce Johnson & Associates
105 N Hudson Avenue
Suite 100
Oklahoma City, OK 73102

Alyson B. Jones
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts, L.L.P.
One Shell Plaza, Suite 3000
910 Louisiana Street
Houston, TX 77002-9934

Mark Alan Keene
Davis & Davis
P.O. Box 1588
Austin, TX 78767

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Bruce A. Larson
Law Offices of Ian L. Mattoch
586 Kanoelehua Avenue
Suite 200
Hilo, HI 96720

Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Maryanne Lyons
Baker Botts, L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Stephen D. Martin
Nelson, Mullins, Riley & Scarborough
GlenLake One
4140 Parklake Avenue
Suite 200
Raleigh, NC 27612

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Andrea L. McDonald-Hicks
Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-2084

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street
32nd Floor
Louisville, KY 40202-3363

Frank W. Mitchell
Maloney, Martin & Mitchell, LLP
3401 Allen Parkway
Suite 100
Houston, TX 77019

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street
Suite 1200
Corpus Christi, TX 78471

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Kenneth Patterson
Patterson & Wagner
7550 I-10 West
Suite 500
San Antonio, TX 78229

Erin M. Pitman
Robins, Kaplan, Miller & Ciresi
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

Simon Purnell
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

D. Brian Ratliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Preston E. Roskin
Preston E. Roskin, P.C.
222 S. Central Avenue, Suite 1010
Clayton, MO 63105

John H. Shannon
John H. Shannon, PA
5300 South Florida Avenue
Suite E-1
Lakeland, FL 33813

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Mary H. Smith
Smith & Smith
4900 Woodway
Suite 1030
Houston, TX 77056

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Bryant Matthew Struble
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Elena Strujan
P.O. Box 20632
New York, NY 10021

Dawn T. Sugihara
Goodsill, Anderson, Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813-2639

David A. Tanner
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128

George Henry Temple, Jr.
613 Willard Place
Raleigh, NC 27603

Tyler S. Thompson
Dolt, Thompson, Shepherd & Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Russell G. Thornton
Stinnett, Thiebaud & Remington
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Kevin K. Trout
Heron Sweet Fox & Trout, PC
2601 N.W. Expressway
Suite 707W
Oklahoma City, OK 73112

David Reid Wamble
P.O. Box 416
Holly Springs, MS 38635

Les Weisbrod
Miller, Curtis & Weisbrod, LLP
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Edward L. White
Edward L. White, PC
13924-B Quail Pointe Drive
Oklahoma City, OK 73134

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST
## DOCKET NO. 1657
### IN VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Rudi M. Brewster
Senior U.S. District Judge
4165 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101-8902

Hon. W. Earl Britt
Senior U.S. District Judge
U.S. District Court
P.O. Box 27504
Raleigh, NC 27611-7504

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Kent J. Dawson
U.S. District Judge
6006 Lloyd D. George
U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Irma E. Gonzalez
Chief Judge, U.S. District Court
Edward J. Schwartz U.S.
Courthouse, Suite 4194
940 Front Street
San Diego, CA 92101

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Andrew S. Hanen
U.S. District Judge
301 Federal Building
600 East Harrison Street
Brownsville, TX 78520

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
1133 North Shoreline Boulevard
Suite 308
Corpus Christi, TX 78401

Hon. Thad Heartfield
Chief Judge, U.S. District Court
212 Jack Brooks Federal Bldg. &
U.S. Courthouse
300 Willow Street
Beaumont, TX 77001

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. John A. Houston
U.S. District Judge
1118 Edward J. Schwartz U.S.
Courthouse
940 Front Street
San Diego, CA 92101-8923

Hon. Marilyn L. Huff
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
Fourth Floor
940 Front Street
San Diego, CA 92101-8908

Hon. Robert C. Jones
U.S. District Judge
U.S. District Court
7005 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. George P. Kazen
U.S. District Judge
P.O. Box 1060
Laredo, TX 78042-1060

Hon. David F. Levi
Chief Judge, U.S. District Court
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Jeffrey T. Miller
U.S. District Judge
3142 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Norman A. Mordue
Chief Judge, U.S. District Court
P.O. Box 7336
Syracuse, NY 13261

Hon. Barry Ted Moskowitz
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
Suite 5160
San Diego, CA 92101

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
P.O. Box 36060
San Francisco, CA 94102-3661

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Philip M. Pro
U.S. District Judge
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

Hon. John S. Rhoades, Sr.
Senior U.S. District Judge
3130 Edward J. Schwartz U.S. Cthse.
940 Front Street
San Diego, CA 92101

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr. U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
Edward J. Schwartz U.S. Courthouse
Suite 2160
940 Front Street
San Diego, CA 92101

Hon. Brian E. Sandoval
U.S. District Judge
805 Bruce R. Thompson
U.S. Courthouse & Federal Building
400 South Virginia Street
Reno, NV 89501-2193

Hon. J. Michael Seabright
U.S. District Judge
United States District Court
C-435 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz
U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

# INVOLVED CLERKS LIST
## DOCKET NO. 1657
## IN VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

David J. Maland, Clerk
Jack Brooks Federal Building & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Lawrence K. Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Michael N. Milby, Clerk
101 Federal Building & U.S. Courthouse
600 East Harrison Street
Brownsville, TX 78522-7114

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 597
Laredo, TX 78040-0597

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Philip B. Lombardi, Clerk
411 Page Belcher Federal Building & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198