UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of              ORDER
Civil Case to the Honorable Lawrence E. Kahn      OF REASSIGNMENT

_____

     **ORDERED** that the following civil case has been randomly reassigned to the Honorable Lawrence E. Kahn, Senior U.S. District Judge for disposition:

| Case Number | Caption |
|---|---|
| 1:06-cv-932 (NAM/RFT) | Harrison v. Merck & Co., Inc. |

**IT IS SO ORDERED.**

Dated: May 22, 2014
Syracuse, New York

_____
Gary L. Sharpe
Chief U.S. District Judge